# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMA EXERCISE, LLC | § | |
| | § | |
| v. | § | No. 2:16-cv-1285 (JRG-RSP) |
| | § | |
| FITNESS MASTER, INC. | § | |

## AGREED MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Plaintiff Optima Exercise, LLC ("Optima") files this Agreed Motion to Stay All Deadlines and Notice of Settlement. All matters in controversy in the matter have been settled and the parties have agreed to the terms of the settlement. Plaintiff has conferred with counsel for Defendant and they agree to this motion.

WHEREFORE, Plaintiff respectfully requests a stay of all deadlines for thirty (30) days.

Dated: June 2, 2017.            Respectfully submitted,

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Parker Bunt & Ainsworth, PC
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
charley@pbatyler.com

Joseph G. Pia
joe.pia@pa-law.com
Texas Bar No. 24093854
Brett Davis
bdavis@pa-law.com
PIA ANDERSON MOSS HOYT
136 E. South Temple, 19th Floor
Salt Lake City, Utah 84111

Phone: (801) 350-9000
Fax: (801) 350-9010

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served June 2, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH